JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
George A. Kurtz

### DEFENDANTS
Superior Coffee Services, LLC

(b) County of Residence of First Listed Plaintiff: **Lehigh**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Richard J. Orloski
The Orloski Law Firm, 111 N. Cedar Crest Blvd. Allentown, PA 18104
610-433-2363

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause: Auto accident.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE: _____
DOCKET NUMBER: _____

DATE: Oct 26, 2017
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

George A. Kurtz                     :         CIVIL ACTION
                v.                  :
Superior Coffee Services, LLC       :         NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.      ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.      ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.      ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (X)

Oct 26, 2017                  [signature]                    Richard S. Orloski
_____              _____                _____
Date                         Attorney-at-law                Attorney for Plaintiff

(610) 433-2363               (610) 433-4785                orloski.law@gmail.com
_____              _____                _____
Telephone                    FAX Number                    E-Mail Address

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 935 N. 32nd St., Allentown, Pa 18104

Address of Defendant: 1177 Lakewood Farmingdale Rd., Howell, NJ 07731

Place of Accident, Incident or Transaction: Paper Mill Road, at or near Stenton Avenue, Erdenheim, Montgomery County, Pennsylvania.
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
   (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☑ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

No — Arbitration Case

DATE: _____  _____  _____
                        Attorney-at-Law            Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/26/17   _____   69857
                  Attorney-at-Law           Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE A. KURTZ | : |
|     Plaintiff | : |
| | :    NO. |
| vs. | : |
| | : |
| SUPERIOR COFFEE SERVICES, LLC | : |
|     Defendant | :    JURY TRIAL DEMANDED |

## COMPLAINT

1. Plaintiff, George A. Kurtz, is an adult individual residing at 935 N. 32nd Street, Allentown, Lehigh County, Pennsylvania 18104.

2. Defendant, Superior Coffee Services, LLC (hereinafter "Defendant Superior Coffee") is a limited liability company organized under the laws of the state of New Jersey with its principal place of business located at 1177 Lakewood Farmingdale Road, Howell, New Jersey 07731.

## JURISDICTION AND VENUE

3. This Honorable Court has jurisdiction over this matter pursuant to its diversity jurisdiction, codified at 28 U.S.C. §1332, because the parties are citizens of different states, and the amount in controversy exceeds $75,000.00.

4. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1391(a)(2) in that this is a judicial district in which a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in this judicial district.

## COUNT ONE – NEGLIGENCE
## (PLAINTIFF GEORGE A. KURTZ V.
## DEFENDANT SUPERIOR COFFEE SERVICES, LLC)

5. The allegations of paragraphs 1 through 4 inclusive are incorporated herein as if fully set forth at length.

6. At all relevant times, Defendant was acting through its employee, Ulpiano Antone Ortiz, Jr., whom it employed as a truck driver, and whom was acting in the course and scope of his employment on February 21, 2017.

7. At all relevant times, Ulpiano Antone Ortiz, Jr., was an agent, servant, workman and/or employee of Defendant, Superior Coffee, acting within the course and scope of his employment and in furtherance of Defendant, Superior Coffee's, business interests.

8. On February 21, 2017, at approximately 10:20 a.m., Plaintiff, George A. Kurtz, owned and operated a 1999 Ford Ranger and was traveling westbound in the left turn only lane on Paper Mill Road, at or near its intersection with Stenton Avenue, in Erdenheim, Montgomery County, Pennsylvania 19038, and was stopped in traffic.

9. On February 21, 2017, at approximately 10:20 a.m., Defendant, Superior Coffee, allowed its driver, Ulpiano Antone Ortiz, Jr., to operate its 2016 Ford Econoline E250 being owned by Defendant Superior Coffee and was traveling westbound in the left turn only lane on Paper Mill Road, at or near its intersection with Stenton Avenue, in Erdenheim, Montgomery County, Pennsylvania 19038.

10. On February 21, 2017, at approximately 10:20 a.m., Defendant, Superior Coffee, negligently and carelessly allowed the operator of its vehicle in such a way that he was unable to stop and violently drove his vehicle into the rear portion of the vehicle being driven by Plaintiff,

George A. Kurtz, thereby causing serious and permanent injuries and damages to Plaintiff, George A. Kurtz.

11. At all material times hereto, Plaintiff, George A. Kurtz, was a full-tort insured.

12. On the aforementioned date and at the aforesaid time and place, Defendant, Superior Coffee, was negligent and careless in the following respects:

(a) by operating his vehicle at an excessive rate of speed;

(b) by operating his vehicle at a speed in excess of the speed limit;

(c) by failing to pay attention to traffic in front of him;

(d) by failing to keep a proper lookout;

(e) by failing to keep his vehicle under control while driving;

(f) by failing to stop his vehicle so as to avoid striking Plaintiff's vehicle on the road directly in front of him;

(g) by not obeying the rules of the road as codified in the Pennsylvania Motor Vehicle Code; and

(h) negligence per se.

13. As a direct and consequential result of the negligent and/or careless conduct of Defendant, described above, Plaintiff, George A. Kurtz, sustained bodily injuries including his back, neck, bilateral shoulders, hip, right elbow and body including, but not limited to, myalgia, cervical region spinal enthesopathy, cervical sprain and strain, cervicalgia, bilateral shoulder pain, lumbar sprain, lumbar region spinal enthesopathy, thoracic region spinal enthesopathy, left hip strain and contusion of right elbow, for which damages are claimed.

14. As a proximate result of Defendant's negligence, Plaintiff, George A. Kurtz, may in the future be compelled to expend sums of money in the procurement of medicines, medical

attention, and other treatment not covered by insurance rendered necessary by reason of aforesaid injuries, to his detriment and loss, financial and otherwise.

15. As a direct and proximate result of Defendant's negligence, Plaintiff, George A. Kurtz, has suffered physical and mental pain, anguish, anxiety, distress, discomfort and inconvenience, for which damages are claimed.

16. As a direct and proximate result of Defendant's negligence, Plaintiff, George A. Kurtz, has lost income, revenues, wages and other compensation.

17. Plaintiff George A. Kurtz's injuries are permanent and do, and will, prevent Plaintiff, George A. Kurtz, from enjoying life's pleasures, associations and companionships.

18. The damages suffered by Plaintiff, George A. Kurtz, are permanent.

WHEREFORE, Plaintiff, George A. Kurtz, demands that judgment be entered in his favor and against Defendant, Superior Coffee Services, LLC, in an amount in excess of Seventy Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary.

## COUNT II – NEGLIGENT ENTRUSTMENT
## GEORGE A. KURTZ V. SUPERIOR COFFEE SERVICES, LLC

19. The allegations of paragraphs 1 through 18 inclusive are incorporated herein as if fully set forth at length.

20. The aforesaid accident was caused by the negligence, carelessness and recklessness of Defendant, Superior Coffee, in that it, *inter alia*, did:

    a) commit the acts of negligence, carelessness and recklessness committed by its agent, servant, workman and/or employee, Ulpiano Antone Ortiz, Jr.;

    b) fail to properly inspect, care for, clean, repair and maintain its vehicle in such a condition as to adequately safeguard the rights, safety and position of Plaintiff, George A. Kurtz, and others similarly situated;

c)   entrust its vehicle to Ulpiano Antone Ortiz, Jr., when it knew or should have known that he had a propensity to act in a negligent or reckless manner;

d)   direct, order and/or permit Ulpiano Antone Ortiz, Jr., to operate its vehicle when it knew, or should have known, that he intended to or was likely to use the vehicle to conduct himself as a driver in such a manner as to create an unreasonable risk of harm to others in violation of the Restatement (Second) of Torts Section 308;

e)   direct, order and/or permit Ulpiano Antone Ortiz, Jr., to operate its vehicle when it knew, or should have known, that he was not properly trained and certified to operate the vehicle in a safe and prudent manner;

f)   fail to provide sufficient and proper instruction, education and training to Ulpiano Antone Ortiz, Jr., that was necessary for him to operate the vehicle in a safe and prudent manner;

g)   direct, order or permit Ulpiano Antone Ortiz, Jr., to operate the vehicle without him or another employee or independent contractor retained by Defendant, Superior Coffee, first performing proper safety inspection, maintenance and repairs, when it knew, or should have known, that said proper safety inspections, maintenance and repairs were not performed;

h)   direct, order or permit Ulpiano Antone Ortiz, Jr., to operate the vehicle when he was distracted and when it knew, or should have known, that he was distracted and that his distraction rendered him incapable of operating the vehicle in a safe and prudent manner;

i)   fail to hire, employ and/or promote various agents, servants, workmen and/or employees with the responsibility and obligation to properly inspect, maintain, service and/or repair said vehicle and to properly train operators; and

j) fail to comply with its own policies, procedures and programs which were designed to ensure that vehicles being operated by its employees were properly inspected, maintained, serviced and/or repaired to ensure that its operators and employees charged with inspecting, maintaining, servicing and/or repairing said vehicles were properly trained, competent, capable of or actually performing the requirements of their employment, to ensure that is operators and employees charged with inspecting, maintaining, servicing and/or repairing said vehicles were complying with Defendant's policies, procedures, guidelines and standards of care and safety, and to ensure that it, and its employees were complying with all state statutes and regulations.

WHEREFORE, Plaintiff, George A. Kurtz, demands that judgment be entered in his favor and against Defendant, Superior Coffee Services, LLC, in an amount in excess of Seventy Five Thousand ($75,000.00) Dollars, plus all costs and other relief this court deems necessary.

*THE ORLOSKI LAW FIRM*

Richard J. Orloski
Attorney for Plaintiff
Attorney ID No. 09857
111 N. Cedar Crest Blvd.
Allentown, PA 18104
610-433-2363